IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:23-CR-401-RAH |
| | ) | |
| JAMES ELLINGTON | ) | |

## **ORDER**

Pending before the Court is the Motion to Suppress (Doc. 29) filed by Defendant James Ellington. On October 25, 2024, the Magistrate Judge recommended that the Motion to Suppress should be denied. There are no objections to the Recommendation (Doc. 118). On November 15, 2024, the Defendant entered a notice of intent to change plea. (Doc. 119.) This Court has reviewed the record, including the parties' arguments and the transcript of the suppression hearing. Accordingly, it is

ORDERED as follows:

(1) The Recommendation of the Magistrate Judge is ADOPTED; and

(2) The Motion to Suppress is DENIED.

DONE, on this the 2nd day of December 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE